UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.Cr.S-04-043 JAM |
| Plaintiff, | ) ORDER FOR TRANSPORTATION AND SUBSISTENCE |
| vs. | ) |
| XAVIER HERNDON, | ) |
| Defendant | ) |

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, XAVIER HERNDON, with transportation and subsistence expenses for travel from Shreveport, Louisiana from Shreveport Regional Airport to Sacramento, California on December 8, 2013 to timely make both his court appearances on December 9, 2013 and December 17, 2013. The United States Marshal's Office must furnish Mr. Herndon with money for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. Mr. Herndon will also need transportation for his return to his residence on December 17, 2013, on the first available flight after his court appearance on that date. This order is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: September 5, 2013          /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge